ANDREA T. MARTINEZ, United States Attorney (#9313)
VICTORIA K. McFARLAND, Assistant United States Attorney (#11411)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court-UT
JAN 26 '22 PM 01:12

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY BYRON TEERLINK,<br><br>Defendant. | **INDICTMENT**<br><br>Count I: 18 U.S.C. § 922(a)(6), False Statement During Acquisition of a Firearm;<br>Count II: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm;<br>Counts III and IV: 18 U.S.C. § 922(a)(6), False Statement During Attempted Acquisition of a Firearm.<br><br>Case: 2:22-cr-00024<br>Assigned To : Stewart, Ted<br>Assign. Date : 1/26/2022 |

The Grand Jury Charges:

## COUNT I
18 U.S.C. § 922(a)(6)
(False Statement During Acquisition of a Firearm)

On or about March 12, 2021, in the District of Utah,

CODY BYRON TEERLINK,

defendant herein, in connection with the acquisition of a firearm, to wit: a Ruger Precision .338 Lapua rifle, from a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement intended and

likely to deceive the firearm dealer with respect to any fact material to the lawfulness of such acquisition of the firearm, in that he falsely answered "no" on ATF form 4473 asking whether he had ever been convicted of a felony or any other crime punishable by imprisonment for more than one year, and, as he then knew, his answer was untrue, all in violation of 18 U.S.C. § 922(a)(6) and punishable pursuant to 18 U.S.C. § 924(a)(2).

## COUNT II
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about March 12, 2021, in the District of Utah,

CODY BYRON TEERLINK,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Ruger Precision .338 Lapua rifle, and the firearm was in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

## COUNT III
18 U.S.C. § 922(a)(6)
(False Statement During Attempted Acquisition of a Firearm)

On or about May 4, 2021, in the District of Utah,

CODY BYRON TEERLINK,

defendant herein, in connection with the attempted acquisition of a firearm, to wit: a FNH Five-Seven 5.7x28mm semi-automatic pistol, from a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement intended and likely to deceive the firearm dealer with respect to any fact

2

material to the lawfulness of such acquisition of the firearm, in that he falsely answered "no" on ATF form 4473 asking whether he had ever been convicted of a felony or any other crime punishable by imprisonment for more than one year, and, as he then knew, his answer was untrue, all in violation of 18 U.S.C. § 922(a)(6) and punishable pursuant to 18 U.S.C. § 924(a)(2).

## COUNT IV
18 U.S.C. § 922(a)(6)
(False Statement During Attempted Acquisition of a Firearm)

On or about May 8, 2021, in the District of Utah,

CODY BYRON TEERLINK,

defendant herein, in connection with the attempted acquisition of a firearm, to wit: a Radikal Arms NK-1 12 gauge rifle, from a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement intended and likely to deceive the firearm dealer with respect to any fact material to the lawfulness of such acquisition of the firearm, in that he falsely answered "no" on ATF form 4473 asking whether he had ever been convicted of a felony or any other crime punishable by imprisonment for more than one year, and, as he then knew, his answer was untrue, all in violation of 18 U.S.C. §922(a)(6) and punishable pursuant to 18 U.S.C. § 924(a)(2).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction for any offense violating 18 U.S.C. § 922, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense, including but not limited to:

- Ruger Precision .338 Lapua rifle, s/n 1804-20503; and
- any associated ammunition.

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

ANDREA T. MARTINEZ
United States Attorney


*/s/ Victoria K. McFarland*
VICTORIA K. McFARLAND
Assistant United States Attorney